# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

VERONICA ANN CROMARTIE,   )
                          )
   Plaintiff,             )
                          )
v.                        )   Case No. CV413-157
                          )
CAROLYN W. COLVIN,        )
*Commissioner of the Social Security*  )
*Administration*,         )
                          )
   Defendant.             )

## REPORT AND RECOMMENDATION

Because plaintiff has failed to comply with this Court's prior order directing her to demonstrate subject matter jurisdiction, doc. 3, this case should be dismissed.

**SO REPORTED AND RECOMMENDED** this __8th__ day of August, 2013.

*[signature]*
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA