FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2013 SEP 25 PM 2:11

CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| VERONICA ANN CROMARTIE, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CAROLYN W. COLVIN, ) <br> Commissioner of Social ) <br> Security, ) <br> ) <br> Defendant. ) <br> ) | CASE NO. CV413-157 |

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 4), to which no objections have been filed. After a careful de novo review of the record, the Report and Recommendation is **ADOPTED** as the Court's opinion in this case and Plaintiff's appeal is **DISMISSED**. Accordingly, the Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 25th day of September 2013.

_____
WILLIAM T. MOORE, JR
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA